UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :         **UNSEALING ORDER**
        - v. -                      :
                                    :         S1 12 Cr. 113 (BSJ)
LAURENTIU IULIAN BULAT, RICHARD     :
MERCA, and COSMIN MERCA,            :
                                    :
              Defendants.           :
                                    :
- - - - - - - - - - - - - - - - - -x

        Upon the application of PREET BHARARA, United States Attorney for the Southern District of New York, by Assistant United States Attorney Rosemary Nidiry, it is hereby

        ORDERED that Indictment S1 12 Cr. 113, <u>United States v. Laurentiu Iulian Bulat, Richard Merca, and Cosmin Merca</u>, shall be unsealed.

Dated:  New York, New York
        February __, 2012

                                      _____
                                      THEODORE H. KATZ
                                      UNITED STATES MAGISTRATE JUDGE
                                      SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 9 2012