

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 6, 2012

**BY FACSIMILE**
Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/12
```

    Re:   <u>United States v. Laurentiu Bulat et al.</u>
           S1 12 Cr. 113 (BSJ)

Dear Judge Jones:

    This matter, currently scheduled for a pre-trial conference on July 9, at 2:00 p.m., has been adjourned, with the consent of all counsel, to August 8, at 11:30 a.m. All counsel have also consented to an exclusion of time from July 9 until August 8, 2012, the date of the next conference, in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A), as the delay will permit continued review of discovery and enable the parties to continue discussions regarding pre-trial dispositions. I am enclosing a proposed Order to that effect.

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney

                           By:  */s/ Rosemary Nidiry*
                                      Rosemary Nidiry
                                      Assistant U.S. Attorney
                                      (212) 637-1063

enclosure
cc (By Facsimile):
Zamir Iosepovici, Esq.
Danny Parker, Esq.
Leonard Lato, Esq.

*[Handwritten:]* application granted. The July 9, 2012 conference is adjourned until August 8, 2012 at 11:30 a.m in courtroom 17C.

So ordered: */s/ Barbara S. Jones*
7/6/12             U.S.D.J.