Merca, Cosmin M.

- 3 -

USDC SDNY 63480/S.P. Matthews
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/03/2012

AN ADJOURNMENT IS GRANTED: ✓

IF APPROVED, NEW DATE OF SENTENCE 12/10/2012 TIME & ROOM 12:00 pm  Court 17-C

REQUEST IS DENIED _____

OTHER: _____

10-3-12
DATE

HONORABLE BARBARA S. JONES
U.S. DISTRICT JUDGE

cc:   Rosemary Nadiri
      Assistant U.S. Attorney

      Leonard Lato
      320 Carleton Avenue, Suite 2500
      Central Islip, NY 11722

NY 201
(Rev.3/98)