UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/2012
```

- v -

S- 1:  2012  Cr. 00113 - 03 ( BSJ )

COSMIN  MERCA

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge Gabriel W. Gorenstein, on July 25, 2012;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;


IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.


SO ORDERED
Dated: New York, New York
~~September 19, 2012~~
October 9, 2012

Barbara S. Jones
United States District Judge