09-28-2012

TO THE HONORABLE DISTRICT JUDGE
BARBARB S. JONES,

MY NAME IS EMMANUEL TEPES AND I AM AN ACQUAINTANCE OF COSMIN MERCA. I HAVE KNOWN COSMIN FOR APPOXIMATELY SIX YEARS NOW; HOWEVER, BOTH HIS FAMILY AND MY OWN PARENTS SHARE A LONGER-TERM RELATIONSHIP EVEN BEFORE IMMIGRATING TO THE UNITED STATES.

MY RELATIONSHIP WITH COSMIN BEGAN MOSTLY FROM THE CHURCH WE BOTH ATTENDED; ELIM ROMANIAN PENTECOSTAL CHURCH IN CHICAGO, ILLINOIS. WE BOTH PLAYED BRASS INSTRUMENTS IN THE CHURCH BAND. COSMIN WAS THE PERSON THAT CAME ON A WEEKLY BASIS TO BAND PRATICE AND CHURCH SERVICES. I WAS INSPIRED BY HIS POSITIVE AND CHEERFUL PERSONALITY WHICH HE PROTRAYED WITH THE CONSTANT SIMILE ON HIS FACE.

I KNOW, FROM MY PARENTS, THAT THE MERCA FAMILY IS A HARD WORKING AND RESPECTABLE FAMILY. FROM THE TIME LIVING IN ROMANIA, COSMIN'S GRANDPARENTS DEVELOPED A GOOD REPUTATION OF BEING GODLY PEOPLE, BEING FAITHFUL TO THEIR CHURCH AND TO THEIR COMMUNITY, AND RAISING THEIR CHILDREN WITH GOOD MORELS.

I WAS SAD TO FIND OUT ABOUT COSMIN, AND WHAT BROUGHT HIM WHERE HE IS NOW. I SEE FROM THE LETTERS THAT WE HAVE BEEN WRITING BACK AND FORTH, THAT

Cosmin is very sorrowful for the poor choice(s) he made. He admits that he was mislead by the glamour of life, and he desires to be a godly and law abiding citizen.

Your Honour, if I may be so bold to ask for mercy and kindness in the final decision, of Cosmin's case. Please, give Cosmin a chance to show his change of heart. For the sake of his young family; his wife and two children with the youngest being a few months old.

I believe that Cosmin with prove to be the upstanding citizen he truly is, by showing his change of attitude and actions by following throughly as your Honour deceides.

Thank you for taking the time to read my letter. May God truly bless you!

Sincerely,
Emmanuel Tepes