The Honorable Barbara S. Jones
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Cosmin Merca
Docket No: S1-12-CR-113-01 (BSJ)

Dear Honorable Judge Jones,

We are the parents of Cosmin Merca, we have been married for 29 years. Cosmin was our first born child in Romania, a Communist Country. It was a very hard life, very poor and having no future. My husband Daniel Merca emigrated when Cosmin was about 4 years old. He had tasted the life in Romania and still remembers a lot of things that happened there. After one year, Cosmin and I were able to reunite with him in Chicago, where my husband was able to prepare a place to live, and a lot of food in the refrigerator. We were shocked by what we saw and Cosmin constantly kept saying "Wow we have so much food now!" We have not seen all of these back in Romania. Since then, Cosmin was always a smiling face, happy kid, helping other elder people and kids around him. He was very respectful, very good listener. Never, never had a complaint from his teachers. He grew up in a happy, warm and lovely family. We have tried hard and the best we could to raise him well to become a "man" and to be useful for this society. We teach him right, to make and take a good decision and understand the action between right and wrong. He was a good kid, good follower in the church and had lots of activities. He got lots of rewards beginning with the Sunday school and through the school. He played an instrument in the church band. He helped other kids and teached them to play an instrument. In school also was involved in a lot of activities and sports. He was planning to join the ARMY, but because he was 10 pounds over he was rejected. He tried hard to lose those pounds but it never happened. Few years later he got married, having a big wedding of 500 people from Romanian community. He was known as a very good person, and people respected him for what he was doing for other children and poor families in church. He always was a positive person and everybody loved him. We were very proud parents. After few years of marriage he got a son. He was so happy in become a father, joyful to change diapers, feeding him, taking a bath, cooking, cleaning and helping his wife.

All of the sudden bad influence, other friends from work and outside church got a different and bad influence on him, transforming his happiness in tears and suffering pain. Our hearts were so much in pain and we cried so much. I am sure he learned the lesson and had to pay for his action, and what he has done was wrong. He will never, never forget this action on him.

During this time, the second child was born, a girl. Not being able to be at her birth, is consuming him very much.

Please, give him a chance to prove to you and others that he is changed forever.

His wife and lovely children need him around so much to be a father, husband and to us that kid we know. Definitely he will be back in church teaching other kids and families that are in need, to learn and obey the rules and understand the good morals of this life and value the freedom of this country. The teaching will be different this time, based on his true life.

We gratefully and thankfully would like to thank you for giving us the opportunity to write and ask you one more time to have mercy on our son and help us become again a happy family.

 With gratitude and respect,

Daniel and Mariana Merca