## REQUEST FOR COURT ACTION / DIRECTION

TO: Honorable Loretta A. Preska
Chief U.S. District Judge

OFFENSE: Conspiracy to Commit Bank Fraud, Wire Fraud and Mail Fraud {18 U.S.C. 1349}, a Class B Felony. Bank Fraud {18 U.S.C. 1344}, a Class B Felony. Conspiracy to Commit Access Device Fraud {18 U.S.C. 1029(b)(2)}, a D Class Felony.

ORIGINAL SENTENCE: Twenty-seven (27) months imprisonment, followed by a three (3) year term of supervised release.

FROM: Enid Febus
Supervising U.S. Probation Officer

SPEC. CONDITIONS: The defendant shall provide the probation officer with access to any requested financial information. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the approval of the probation officer unless the defendant is in compliance with the installment payment schedule. The defendant shall participate in an alcohol aftercare treatment program under a co-payment plan, which may include testing via breathalyzer at the direction and discretion of the probation officer. $300 special assessment. $360,478.50 restitution to be paid joint and several.

AUSA: Rosemary Nidiry

DEF ATTY: Leonard Lato

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-23-13

RE: Cosmin Merca
Docket # S1 12-CR-00113-03(BSJ)

MED: N/A

DATE OF SENTENCE: November 19, 2012

DATE: December 20, 2013

ATTACHMENTS: PSI X   JUDGMENT X   PREVIOUS REPORTS
VIOLATION  PETITION

REQUEST FOR: WARRANT____ SUMMON____ COURT DIRECTION  X

### TRANSFER OF JURISDICTION

Reference is made to the above named releasee who was sentenced by the Honorable Barbara S. Jones (no longer presiding) as indicated above. In addition, the special conditions noted above were imposed.

On December 26, 2013, Merca is expected to be released from the Bureau of Prisons and commence his three (3) year term of supervised release in the Northern District of Illinois (NDIL) given his expected residence in their district.

Merca will reside at 8701 West Lyndale Avenue, River Grove, IL 60171.

On December 17, 2013, our office received correspondence from the USPO Tony Morton, Northern District of Illinois requesting that we approach Your Honor to request a Transfer of Jurisdiction.

**RECOMMENDATION**

Inasmuch as the offender resides within the confines of the Northern District of Illinois and has no plans to return to the Southern District of New York, we respectfully recommend that jurisdiction of the offender's case be transferred to the Northern District of Illinois. This will ensure that all matters with the Court will be handled in an expeditious manner.

Should Your Honor grant our request, we ask that four (4) copies of the attached Probation 22 be signed and returned to our office in order to initiate the transfer process.

We stand ready to execute the orders of the Court and have attached a response page in order to facilitate Your Honor's reply.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

Approved by: _____ 12/20/13
Enid Febus                                    Date
Supervising U.S. Probation Officer

Cosmin Merca                                      Docket No.: S1 12-CR-00113-03(BSJ)
                                                                    63480/EF:klh

- 3 -

THE COURT ORDERS:

[X]   Transfer of Jurisdiction, Approved

[ ]   Transfer of Jurisdiction, Denied

[ ]   Other

_____
_____
_____
_____

_Loretta A. Preska_
Signature of Judicial Officer

12/23/13
Date